WILLIAM J. SCHROEDER, WSBA No. 7942
GREGORY C. HESLER, WSBA No. 34217
WILLIAM C. SCHROEDER, WSBA No. 41986
PAINE HAMBLEN LLP                                    The Honorable Lonny R. Suko
717 West Sprague Avenue, Suite 1200
Spokane, Washington  99201-3505
Telephone:  (509) 455-6000
Facsimile:   (509) 838-0007
william.schroeder@painehamblen.com
greg.hesler@painehamblen.com
will.schroeder@painehamblen.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN G. NICKERSON, | ) |
| | ) No. CV-13-375-LRS |
| Plaintiff, | ) |
| | ) **ORDER GRANTING JOINT** |
| vs. | ) **MOTION TO DISMISS, WITH** |
| | ) **PREJUDICE** |
| EASTERN WASHINGTON GATEWAY | ) |
| RAILROAD, a Washington corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER COMES BEFORE the Court on the Parties' JOINT MOTION TO DISMISS, WITH PREJUDICE, and the Court having considered the request and finding that good cause exists,

ORDER GRANTING JOINT MOTION TO
DISMISS, WITH PREJUDICE  - 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000 FAX (509) 838-0007

1  IT IS HEREBY ORDERED, that the JOINT MOTION TO DISMISS,
2  WITH PREJUDICE, ECF No. 26, is hereby **GRANTED**. The above-captioned
3  action shall be dismissed, with prejudice, and without costs or attorney fees to any
4  Party. The District Court Executive is directed to close the file.

DATED this 7th day of April, 2015.

*s/Lonny R. Suko*

Lonny R. Suko
Senior U.S. District Court Judge

ORDER GRANTING JOINT MOTION TO
DISMISS, WITH PREJUDICE - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA 99201
PHONE (509) 455-6000 FAX (509) 838-0007